**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 01-1500**

---

ARTHUR O. ARMSTRONG,

Plaintiff - Appellant,

versus

CITY OF GREENSBORO; OFFICER WATSON; OFFICER
COOK,

Defendants - Appellees.

---

**No. 01-1655**

---

ARTHUR O. ARMSTRONG,

Plaintiff - Appellant,

versus

CITY OF GREENSBORO; OFFICER WATSON; OFFICER
COOK,

Defendants - Appellees.

---

Appeals from the United States District Court for the Middle Dis-
trict of North Carolina, at Greensboro. Russell A. Eliason, Magis-
trate Judge. (CA-96-855-2)

---

Submitted:  January 10, 2002        Decided:  January 18, 2002

─────────────

Before MOTZ, TRAXLER, and KING, Circuit Judges.

─────────────

Dismissed by unpublished per curiam opinion.

─────────────

Arthur O. Armstrong, Appellant Pro Se.  Richard Thompson Wright, Greensboro, North Carolina, for Appellees.

─────────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

In these consolidated appeals, Arthur O. Armstrong appeals a magistrate judge's orders denying leave to reopen a case and for summary judgment and denying a motion for leave to proceed on appeal in forma pauperis.[*] We have reviewed the record and the magistrate judge's orders and find no reversible error. Accordingly, we deny Armstrong's motions for leave to proceed on appeal in forma pauperis and dismiss the appeals as frivolous upon the reasoning of the magistrate judge. See Armstrong v. City of Greensboro, No. CA-96-855-2 (M.D.N.C. Mar. 29, 2001 & Apr. 30, 2001). We also deny Armstrong's motions for summary judgment filed in No. 01-1500. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

---

[*] The parties consented to the jurisdiction of a magistrate judge under 28 U.S.C. § 636(c) (2001).

3